# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:94-cr-70-DBH-01 |
| ) | |
| MELVIN B. LAGASSE, JR., ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The motion for early termination of supervised release is **DENIED**, based upon the incidents listed by the Probation Office as summarized in the government's response to the motion (the defendant filed no reply contesting the significance of the incidents) and because the defendant has had a previous revocation. I encourage the defendant to remain in compliance with all his terms and conditions.

**SO ORDERED.**

**DATED THIS 8TH DAY OF MAY, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**